# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION, § § § Plaintiff, § § v. § § COOLPAD TECHNOLOGIES INC., § YULONG COMPUTER § TELECOMMUNICATION SCIENTIFIC § (SHENZHEN) CO. LTD., § § Defendants. § | CIVIL ACTION NO. 5:21-CV-00065-RWS |

## ORDER

Pursuant to the Court's order granting the parties' Joint Motion for Dismissal with Prejudice (Docket No. 42), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 6th day of May, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE